1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINE S. WATSON (CSBN 218006)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436-6838
7  Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

FILED
JUN 1 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 3-05-70252 JL |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER AND STIPULATION CONTINUING PRELIMINARY HEARING/ ARRAIGNMENT DATE AND WAIVING TIME LIMITS UNDER F.R.Cr.P 5.1. |
| v. | ) |
| JUAN PABLO NARANJO-LOPEZ, a/k/a Juan Narrajo, | ) |
| Defendant. | ) |

The parties appeared before the Court on May 27, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a preliminary hearing date of June 10, 2005 at 9:30 a.m., before the Honorable Maria-Elena James and documenting the defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1. The parties agreed, and the Court found and held, as follows:

   1. The defendant waived the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

   2. Counsel for the defense believes that postponing the preliminary hearing is in his

STIPULATION AND ORDER
3-05-70252 JL

1  client's best interest, and that it is not in his client's interest for the United States to indict the
2  case before the June 10, 2005 preliminary hearing date.
3      3. The Court found that, taking into the account the public interest in the prompt
4  disposition of criminal cases, these grounds are good cause for extending the time limits for a
5  preliminary hearing under Federal Rule of Criminal Procedure 5.1.
6      4. The Court scheduled a preliminary hearing date of June 10, 2005 at 9:30 a.m., before
7  the Honorable Maria-Elena James.

9  IT IS SO STIPULATED.

11  DATED: 6/7/05

CHRISTINE S. WATSON
Special Assistant United States Attorney

14  DATED: 6/7/05

STEVEN G. KALAR
Attorney for Juan Pablo Naranjo-Lopez

17  IT IS SO ORDERED.
18  DATED: 6/10/05

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND ORDER
3-05-70252 JL                           2